No. 144. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY *v.* MRS. ABI JANNEY. Error to the Court of Appeal, Second Circuit, of the State of Louisiana. Motion to dismiss or affirm submitted October 5, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Messrs. Richard S. Doyle, Merritt Starr* and *Albert L. Hopkins* for defendant in error, in support of the motion. *Mr. Thomas S. Buzbee* for plaintiff in error, in opposition thereto.

No. 186. HENRY F. DUPONT *v.* CORNELIUS R. MILLER, AS DIRECTOR OF PUBLIC WORKS AND BUILDINGS, ETC. Error to the Supreme Court of the State of Illinois. Motion to dismiss or affirm submitted June 1, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for failure to apply for writ of error in time as required by section 6 of the act of September 6, 1916, c. 448, 39 Stat. 727. *Messrs. Edward J. Brundage, Clyde L. Day, Ednyfed H. Williams, Rufus T. Robinson, Oscar E. Carlstrom* and *John J. Beilman* for defendant in error, in support of the motion. *Mr. Angust Roy Shannon* for plaintiff in error, in opposition thereto.

